**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**ESTHER SALAS**<br>UNITED STATES MAGISTRATE JUDGE | **MARTIN LUTHER KING COURTHOUSE**<br>**50 WALNUT ST.**<br>**ROOM 2060**<br>**NEWARK, NJ 07101**<br>**973-297-4887** |

November 15, 2010

**LETTER ORDER**

Re:   Santiago v. Hudson County, et al.
      Civil Action No. 10-3059 (PGS)

Dear Counsel:

Please be advised that a telephone conference has been scheduled for **December 6, 2010 at 4:00 p.m.** Plaintiff's counsel shall initiate the call. Should you have any questions, please call (973) 297-4887.


**SO ORDERED.**

                              *s/Esther Salas*
                              **Esther Salas, U.S.M.J**